IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

No. 4:20-MJ-__22__

CURTIS BROWN (01)

> U.S. DISTRICT COURT
> NORTHERN DISTRICT OF TEXAS
> **FILED**
> JAN 2 3 2020
> CLERK, U.S. DISTRICT COURT
> By__3:21 pm__
> Deputy

## WARRANT FOR ARREST

TO:  The United States Marshal and
     Any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest **CURTIS BROWN**, and bring him forthwith to the nearest available magistrate to answer a Complaint charging him with **Bank Robbery** in violation of 18 U.S.C. § 2113(a) and 18 U.S.C. § 2.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Issued at Fort Worth, Texas on this the __16th__ day of January 2020.

---

**RETURN**

---

This warrant was received and executed with the arrest of the above-named defendant at _____.

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER: |
|---|---|---|
| 01/16/2020 | SA Patrice Kecer | [signature] |
| DATE OF ARREST: | | |
| 01/21/2020 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

2020 JAN 16 PM 2: 50

UNITED STATES OF AMERICA

v.

No. 4:20-MJ-22

KYSTON S. YOUNG (02)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 23 2020
CLERK, U.S. DISTRICT COURT
By 3:21 pt
Deputy

### WARRANT FOR ARREST

TO:   The United States Marshal and
      Any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest **KYSTON S. YOUNG**, and bring him forthwith to the nearest available magistrate to answer a Complaint charging him with **Bank Robbery** in violation of 18 U.S.C. § 2113(a) and 18 U.S.C. § 2.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Issued at Fort Worth, Texas on this the ___16th___ day of January 2020.

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER: |
|---|---|---|
| 01/16/2020 | Vance Kecevsa | [signature] |
| DATE OF ARREST: | | |
| 01/21/2020 | | |